1

**UNITED STATES EASTERN DISTRICT COURT**

**OF TEXAS TYLER TEXAS DIVISION**

| | |
|---|---|
| **AUTHOR J MANNING JR** | § |
| **PLAINTIFF/APPELLANT** | § |
| | § |
| **VS** | § |
| | § |
| **THE LONGVIEW SOCIAL SECURITY** | § |
| **OFFICE** | § |
| **DEFENDANT,** | § |

**APPLICATION TO FILE A FEDERAL CASE.**

The Plaintiff, Author J Manning Jr's Filed Motion and Proposed Oder to Correct Final Judgement, Motion and Proposed Order to Correct Clerical Error of Final Judgement,  the 3rd day of February, 2025. Motion and Proposed Order  to correct final judgement Vs the Defendant, Longview Social Security Office, for Case Number 2022-1091, in the Sixth Court of Appeals.

A Federal Petition is Filed **FOR REASON:** Sixth Court of Appeals  Erred, by Make a Clerical Error in Sending Notice of the case being dismissed. The Sixth Court only made notice of a old case number being the case dismissed. Notice of the Case Number: 2021-1820-CCL2, Case Style: AUTHOR JAMES MANNING, JR. VS THE LONGVIEW SOCIAL SECURITY OFFICE, was Dismissed on November 21, 2024. 2021-1820-CCL2. Motion for New Trial was filed February 3, 2025. The Sixth Court denied the Motion for New Trial February 4, 2025,.for lack of justification, and the Sixth Court continues to insist that I was a Vexatious Litigant. The Plaintiff has not been determined a Vexatious Litigant by trial in Bowie County Courts. Without trial refusing my case is a Civil Rights Violation.

 Case Number 2022-1091 Case Title: Author James Manning, Jr. Vs The Longview Social Security Office, was originally filed because the Defendant withheld money from the Plaintiff's Supplemental Income Federal Funds for years. Default Judgement was issued Order signed July 3, 2023. The Order was Motion to Dismiss by the Defendant's Attorney USDOJ-Betty Young after Judge rendered more than 300 days prior. The Defendant's Motion was illegally Granted, November 4, 2024. And is reason the case is filed in the Federal Courts.

Filed along with the Federal Petition are Documents in support of the Plaintiff's claims against the Defendant:

1. Final Judgement Order Granting the Plaintiff Relief.
2. Writ of Execution supporting the Granted Order for Relief Paid to the Plaintiff.
3. Appeal filed in the Sixth Court of Appeals.
4. The Defendant's Proposed Order on Motion to Vacate Judgment.
5. The Plaintiffs Response to Filing Motion.
6. Motion to Correct Final Judgement Motion.
7. And Proposed Order.
8. Plaintiff's second response to the trial Judge
9. Plaintiff's Response to the trial judge
10. Response to the Defendant's Proposed Order to Dismiss.
11. Response, Motion for Stay of Final Judgement

The Plaintiff Motion for a Restraining Order TRO.

**RELIEF**

First Claim for Relief $250,000

Additionally, A Restraining Order.

02/04/2025

Author J Manning Jr

_____

Legalknights55@gmail.com

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the Case was filed in the US Eastern District Court By Electronic Filing by Email to the Eastern District of Texas Clerk, the 4th day of February, 2025.

02/04/2025

Author J Manning Jr

_____

Legalknights55@gmail.com

**PARTIES IN THE CASE**

Author J Manning Jr vs Longview Social Security Office

Plaintiff /  Author J Manning Jr

Texas Pro Se

_____

Email: Legalknights55@gmail.com

___ _____

Address:  9798 County Road 165 North

Overton Texas, 75684

VS

Defendant / Longview Social Security

 Office / Attorney Betty Young

Email: betty.young@usdoj.gov

116 Clinic Dr.

Longview Texas, 75605